UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Juan David Vargas,

    Plaintiff,                                      Civil Action No. 21-cv-10822

vs.                                                HON. BERNARD A. FRIEDMAN

Auto Truck Transport USA LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

On April 4, 2023, defense counsel informed the Court that the parties have reached a settlement agreement. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs, interest or attorney fees. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

                                                            s/Bernard A. Friedman
Dated:  April 26, 2023                       Bernard A. Friedman
          Detroit, Michigan                Senior United States District Judge